# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE ESTRADA GARCIA | * |
| | * |
| VS | *   MISC. NO. B-01-001 |
| | * |
| THE STATE OF TEXAS | * |

## ORDER OF TRANSFER

Proceeding pro se, Plaintiff has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 against the State of Texas. The Plaintiff is an inmate currently incarcerated in Texas Department of Criminal Justice Institution, McConnell Unit, Beeville, Texas. A substantial part of the events giving rise this action took place in the 180th Judicial District Court of Harris County, Texas, located within the Houston Division of the Southern District of Texas. 28 U.S.C. § 124(b)(2).

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby **ORDERED** that this case be transferred to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §§ 1391(b), 1404(a).

ORDERED on this 18th day of January 2001.

Felix Recio
United States Magistrate Judge